UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELANDRA ROBERTSON,<br><br>Plaintiff,<br><br>vs.<br><br>SERVICES FOR THE UNDERSERVED, INC., SOLOH PARTNERS, INC.,<br><br>Defendants. | Case No. 1:21-cv-00117-EK-RER<br><br>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed with prejudice and without costs or fees, including attorneys' fees, against any party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

PHILLIPS & ASSOCIATES
45 Broadway, Suite 430
New York, New York 10006
(212) 248-7431 ext. 214
Attorneys for Plaintiff
Delanda Robertson

By: _____
SHAWN R. CLARK

Dated: December 16, 2021

CHIESA SHAHINIAN & GIANTOMASI PC
11 Times Square, 34th Floor
New York, NY 10036
(973) 530-2092
Attorneys for Defendant
Soloh Partners, Inc.

By: _____
MELISSA A. SALIMBENE

Dated: December 16, 2021

KAUFMAN DOLOWICH VOLUCK
245 Main Street, Suite 330
White Plains, NY 10601
(914) 470-0001
Attorneys for Defendant
Services for the Underserved, Inc.

By: _____
SIOBHAN HEALY

Dated: December 16, 2021

4876-3951-5906